# CAUSE NO. 09-CRD-122

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § § § | 229th JUDICIAL DISTRICT |
| BILLY BENAVIDEZ | § § | DUVAL COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
FILED AT _____ 1:05 O'CLOCK P M
3/31/2015 9:51:01 AM
KEITH E. HOTTLE
Clerk
MAR 27 2015

H. BARTON, CLERK
DISTRICT CLERK DUVAL COUNTY, TEXAS
BY_____DEPUTY

## MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes BILLY BENAVIDEZ through attorney, J. E. Ramos, Jr., and and for good cause shows the following:

1. On December 16, 2014 a visiting judge heard the States Motion to Adjudicate and Motion to Revoke . On January 27, 2015 the presdng judge of this court heard a tmely filed Motion for Reconsideration. The motion was denied by oral order of the court but no written order was entered. The timely filing of the Motion for Reconsideration had the effect of extending the Courts plenary power for 105 days or March 31, 2015.

2. The ten (10) year jail sentence issued by the visiting judge is harsh and unjust. A review of the police reports attached to the plea paperwork in this case indicate that there was little evidence to support a conviction for aggravated assault. According to the police reports admitted into evidence which are attached to this motion as exhibit "A" the Defendant picked up a rock and threatened a officer but he never actually did anything with the rock. He never used a deadly weapon. The police reports support resisting arrest but do not support that he committed any type of assault. Therefore arguably he did not commit aggravated assault. The police reports indicate he was arrested for DWI with a minor child assault on a public servant ,criminal mischief , resisting arrest and evading arrest but not for aggravated assault seems clear that the Defendant was guilty of felony DWI but plead to the other charge more serious charge aggravated assault only so he could receive a deferred adjudication disposition.

At the MTR hearing the prosecuting attorney requested a five year sentence but was over-ruled by the court.   The presiding court has the discretion to look at all relevant facts including the weakness of the evidence in the underlying case.


**WHEREFORE, PREMISES CONSIDERED**, BILLY BENAVIDEZ  prays that Court grant this motion and grant him a new trial..


Respectfully submitted,


J. E. Ramos, Jr.
Law Office of J. E. Ramos, Jr.
P.O. Box 271931
Corpus Christi, Texas 78427
Tel: (361) 42905373
Fax: (512) 582- 8273
State Bar No. 16508030


## CERTIFICATE OF SERVICE

This is to certify that on March 26, 2015 , a true and correct copy of the above and foregoing Motion Requesting Issuance of Bench Warrant  was forwarded to the parties and entities named below by U. S. First Class Mail, postage prepaid and/or by facsimile and/or by hand delivery.

J. E. Ramos, Jr.


Duval County  District Attorney

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors for the County of Duval, State of Texas, duly selected, impaneled, sworn, charged and organized as such at the August Term, A.D. 2009, of the 229th Judicial District Court of said County, upon their oaths present in and to said Court, that

### BILLY J. BENAVIDES,

Defendant, on or about the 2nd day of May, 2009, and before the presentment of this indictment, in said County and State, did then and there operate a motor vehicle in a public place while the said defendant was intoxicated by not having the normal use of mental or physical faculties by reason of the introduction of alcohol into the body, and said vehicle was occupied by a passenger who was then and there younger than 15 years of age, namely, Tracie Benavides and/or Billy Benavides, Jr.,

### COUNT II

And, it is further presented in and to said Court that Defendant, on or about the 2nd day of May, 2009, and before the presentment of this indictment, in said County and State, did then and there intentionally or knowingly threaten Ricardo Garza with imminent bodily injury, and did then and there use or exhibit a deadly weapon, to wit: a rock, during the commission of said assault,

### PARAGRAPH II

And, it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 6th day of May, 1997 in cause number 5494 in the 229th Judicial District Court of Duval County, Texas, the defendant was convicted of the felony offense of Burglary of a Building,

AGAINST THE PEACE AND DIGNITY OF THE STATE,

_____
Foreman of the Grand Jury

Exhibit "A"



# Incident Report
## FREER POLICE DEPARTMENT

**Incident #29324**

**CFS #29324**

## Administrative:

Date Reported: 5/2/2009

CFS#: 29324

Location Address: **1000 JOHNSON ST**

District:     Beat:     Grid:

Location:

Occurance From: 05/02/2009 @     To: 05/02/2009 @

Day of Week: SAT

Status Date: 5/2/2009     Status: ACTIVE

Type: 22     Description: DRIVING WHILE INTOXICATED

Reportee:     Address:

Race:     Sex:

DOB:     Age:

Home Phone:     Work Phone:

Mobile Phone:     FILED AT 2:30 O'CLOCK P M

MAY 2 6 2010

DISTRICT CLERK, DUVAL COUNTY, TEXAS
BY _____ DEPUTY

Source of Call: OFFICER INITIATED     Time Received: 18:27     Time Dispatched:     Time Arrived: 18:27     Time Cleared:

Reporting Officer 1 ID: 4749     Name: GARZA, RICARDO

Reporting Officer 2 ID:     Name:

Investigating Officer ID:     Name:

## Offense:

Offense: **DRIVING WHILE INTOXICATED 3RD OR MORE 49.04 PC F3**

UCR Code:     IBR Code: 90D     CJIS Arrest Code: 5404 0011

### Offense M.O.

Type of Location: HIGHWAY / ROAD / ALLEY     Forced: No

Point of Entry:     Offender Used: Alcohol

Method of Entry:     Bias Motivation: UNKNOWN

Family Violence: No     Weapons Involved:

Offense Note:

## Offense:

Offense: **CRIMINAL MISCH>=$500<$1,500 28.03(a) PC MA**

UCR Code:     IBR Code: 290     CJIS Arrest Code: 2999 0002

### Offense M.O.

Type of Location: OTHER / UNKNOWN     Forced: No

Point of Entry:     Offender Used: Alcohol

Method of Entry:     Bias Motivation: UNKNOWN

Family Violence: No     Weapons Involved:

Offense Note:

## Offense:

ADMITTED

MAY 2 6 2010

229th C...

STATE'S EXHIBIT 4

Offense: REGIST ARREST SEARCH OR TRANSP 38.03(a) PC MA

UCR Code: | IBR Code: 90Z | CJIS Arrest Code: 4800006

### Offense M.O.

Type of Location: OTHER / UNKNOWN

Point of Entry:

Method of Entry:

Family Violence: No

Offense Note:

Forced: No

Offender Used: Alcohol

Bias Motivation: UNKNOWN

Weapons Involved:

## Offense:

Offense: ASSAULT THREATEN BODILY INJURY 22.01(a)(2) PC MA

UCR Code: 4E | IBR Code: 13C | CJIS Arrest Code: 1300 0012

### Offense M.O.

Type of Location: OTHER / UNKNOWN

Point of Entry:

Method of Entry:

Family Violence: No

Offense Note:

Forced: No

Offender Used: Alcohol

Bias Motivation: UNKNOWN

Weapons Involved: BLUNT OBJECT

## Offense:

Offense: EVADING ARREST OR DETENTION 38.04(a) PC MB

UCR Code: | IBR Code: 90Z | CJIS Arrest Code: 4801 0001

### Offense M.O.

Type of Location: OTHER / UNKNOWN

Point of Entry:

Method of Entry:

Family Violence: No

Offense Note:

Forced: No

Offender Used: Alcohol

Bias Motivation: UNKNOWN

Weapons Involved:

## Involved:

Code: SUSPECT

Name: BENAVIDEZ, BILLY

Race: W  Sex: M

DOB: 7/20/1977  Age: 31

DL#: 01968115  DL State: TX

Address: 1018 HARVILL ST E
FREER, TX 78357

Home Phone: ( ) -

Mobile Phone: ( ) -

Employer:

Work Phone: ( ) -

Occupation:

## Narrative:

On May 2, 2009 I Officer Ricardo Garza and my partner Sergeant Mike Diaz had viewed a black lancer traveling north on White Ave
and failed to display a Left Turn Signal as the car turned west on to Johnson St. I Officer Garza initiated a traffic stop where we
would finally come to a stop at 1025 East Johnson St. I called in our location at 1025 East Johnson and called in the TX Plates V31-

MPF, which came back to a 2003 Mitsubishi, Lancer, 4 door, registered to Dion David Villarreal, 158 Graham RD, Kennedy, TX.

I Officer Garza went to the driver side door to make contact with the driver, once making contact with the driver he verbally
identified himself to me as Billy Benavidez and then stepped out of the car in a threatening manner, so I Officer Garza backed up
and told Mr. Benavidez to take his hands out of his pockets. I then could smell an alcoholic odor emitting from Mr. Benavidez as he
continued to tell me that he was just going home from a friend's house. I then asked Mr. Benavidez if he had been drinking and he
stated "no" as he stared me down. I then asked Mr. Benavidez if he could write his name and date of birth on my Notepad as I
handed him my pad and pen. Once getting my pad back from Mr. Benavidez I told him to wait where he was, near the trunk area of
the car, while I went to talk to the passenger through the driver side window.

The Passenger Verbally identified herself as Christina Seekins (DOB 06/03/1982) from Riverside, CA, but currently residing in Freer
with her boyfriend. I Officer Garza asked Ms. Seekins whose kids were in the back seat, and Ms. Seekins replied they are Billy's kids.
I continued to ask why do they not have a seat belt on and she replied, "I Don't Know", I then asked her if she and Mr. Benavidez
had been drinking and she replied, "I have, but I don't know about Billy... well I don't even know... I have not been drinking at all". I
Officer Garza then asked if there were any alcoholic beverages inside the vehicle and Ms. Seekins replied "No.... well I got the two
Billy and I was drinking by my leg.... I can pour them out for you...." I Officer Garza then walked to the passenger side of the vehicle
were I Viewed Ms. Seekins Pour out the substance onto the pavement, I retrieved the two cold beer cans, which displayed
Budweiser on them and then started walking to the back of the car. At that point I heard Mr. Benavidez state "I am going to jail
anyway fuck you all" and then started walking west up the road. Sergeant Diaz told him to get back but Mr. Benavidez ignored the
command and then I Officer Garza started telling Mr. Benavidez to come back as I walked towards him with Sergeant Diaz on my left.

Mr. Benavidez disregarded my command by stating "Fuck You" and decided to evade on foot were I gave chase and Sergeant Diaz
got back into the car to cut him off the next block over. I Officer Garza gave chase to Mr. Benavidez where he had decided to run
North through the front yard of a residence and into a drainage ditch where we had made it in between Mesquite St. and Johnson St.
when he had decided to stop and pick up a rock that I viewed to be approximately the size of my head and turn toward me and
stated "don't you come any closer I will kill you if you do... let's do this now" while taking one step towards me. I immediately drew

out my sidearm from my noi\~ and told him to drop the rock. Mr. Benavidez then turned and continued to run dropping the rock
and heading North through the drainage ditch, I immediately holstered my weapon and continued running keeping radio
communication with dispatch.

We ran through the drainage ditch till we got to the main drainage ditch in between Mesquite St. and Pearson St., where Mr.
Benavidez decided to head east continuing through the drainage ditch. Mr. Benavidez once again stopped and turned around and
stared me down. I immediately pulled out my asp in order to defend myself if he decided to fight, but Mr. Benavidez did not charge at
me he bent over and grabbed another rock about the same size as his hand and stated to me once again "I will kill you leave me
alone I just want to go home and if that means killing you I will do it", I then dropped my ASP and immediately drew out my side arm
and commanded him to drop the rock and get down on the ground. At this time Mr. Benavidez once again turned and continued to
run but he did not drop the rock.

I Officer Garza then kept radio contact with Dispatch and continued running after him after picking up my Asp and Holstering my
weapon. I Officer Garza holstered my side arm and kept my distance while running after him because of the fact that he still had the
rock in his hand and it would be reckless if I were to be running with my gun. I followed him to the end of the Drainage ditch in to
some thick wooded area; I lost visual of Mr. Benavidez and then gained visual of him jumping over a barb wired fence on a highly
raised dirt hill I tried following over the dirt hill but got caught up in the Barbed Wire. I then Continued Radio Communication with
dispatch and advised them that he had jumped a dirt hill and was continuing East, I then made my way back to the portion of the hill
that was not fenced with barbed wire and looked over the hill to see Mr. Benavidez running in residential property off of
Schuenemann Road.

I then told the other units that were arriving to help and then I made my way to Trooper Yvette's Unit where we both rode to the
residence on Schuenemann Road. Trooper Yvette and I got out of the unit were I viewed Border Patrol Agents commanding Mr.
Benavidez to put down the rock, Mr. Benavidez through down the rock, the Agents then commanded him to get on the ground, and
Mr. Benavidez stated to them "ya'll are going to have to fight me down". So Four Border Patrol Agents and I placed him on the
ground and wrestled with his arms in order to place the proper restraints so that he could be restrained. Mr. Benavidez's handcuffs
were finger spaced and double locked and then escorted him to the back of a Border Patrol Unit. I kept radio contact with dispatch

and notified them that the suspect was apprehended and that I will be escorted back to our original location of 1025 East Johnson St.
where Mr. Benavidez was placed into my unit. I Officer Garza then asked Sergeant Diaz where Ms. Christina Seekins was and he
stated "she must have run away with the kids she was gone when I came back. Sergeant Diaz had advised me to go on ahead and
transport to Duval County Jail for the fact that he was to hostile to take back to the Office, I agreed and radioed into dispatch what
we were planning to do and then started transport to Duval County Jail.

While in route to Duval County Jail the Subject Mr. Benavidez started to become hostile and laid down in the back seat and then
tried to kick out the driver side back window. I then Called into Duval dispatch and asked if a county officer could help me out in
trying to gain control of Mr. Benavidez. I then pulled over to the side of the road where a Duval County Officer Helped Me in
restraining his legs with the Leg Harness and then I continued in route to Duval County Jail. Approximately 5-8 miles from San
Diego, TX Mr. Benavidez managed to get out of his leg restraints and then continued to be even more hostile and was trying even
harder to kick out the cage and windows of the unit so I then decided for the safety of Mr. Benavidez in order for him not hurt
himself I then Activated my Emergency Lights and Siren, and advised Duval Dispatch my situation and to have a jailer down stairs
to help with the subject. Upon arrival of Duval County Jail I was met by San Diego PD Officer Jim Andyrezack and Duval County
Officer Juan Garcia where they helped me take out the subject and escort him inside the jail. Mr. Benavidez was charge with:

" PC 49.045 Driving While Intoxicated with Child Passenger

" PC 22.01(b)(1) Assault on a Public Servant

" PC 28.03(b)(3) Criminal Mischief

" PC 38.03(a) Resisting Arrest

" PC 38.04(b) Evading

This Case requires no further investigation due to the arrest on scene.

---

**Supplement:** supplement

Case meets the elements for the following driving while intoxicated, evading arrest, resisting arrest, criminal mischief and assault on a public servant. Case was cleared by arrest and will be file with the Duval County Attorneys Office and the District Attorneys Office.

---

**Supplement:** 308 Supplement

In regards to this case I Officer Garza and my partner Mike Diaz later found the names to

Tracie Benavidez DOB 09/04/2001
Billy Benavidez JR DOB 10/15/2003

**Both Children where seated in the back seat on the Black Lancer and where identified as Billy's Children by Christina Seekins**